**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1250-VAP (AJWx)                     Date:  September 30, 2008
Title:        WHITE -v.- WINCO FOODS, et al.
==============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

     Marva Dillard                                               None Present
     Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                 DEFENDANTS:

     None                                                            None

PROCEEDINGS:       ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES (IN CHAMBERS)

     The Court has received and considered Defendants' response to the Court's Order to Show Cause.  The Court is not persuaded by Defendants' arguments and finds there is no basis for federal jurisdiction in this case.  See Strotek Corp. v. Air Transport Ass'n of America, 300 F.3d 1129, 1131 (9th Cir. 2002) (federal removal jurisdiction on the basis of diversity rests on the core principle "that it is determined (and must exist) as of the time the complaint is filed and removal is effected.").

     The case is REMANDED to the California Superior Court for the County of Los Angeles.

**IT IS SO ORDERED.**


MINUTES FORM 11                                              Initials of Deputy Clerk __md__
CIVIL -- GEN                              Page 1